UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |  |
|---|---|---|
| JUDY RAPP, | : | CASE NO. 1:19-cv-02489 |
| Plaintiff, | : | OPINION & ORDER |
|  | : | [Resolving Doc. 1] |
| vs. | : |  |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | : |  |
| Defendant. | : |  |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Judy Rapp seeks judicial review of the Social Security Administration Commissioner's final decision denying her supplemental security income and disability insurance benefits applications.[1]

On July 28, 2020, Magistrate Judge Kathleen B. Burke issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision denying Plaintiff's applications.[2]  Any objections to the R&R are due August 11, 2020.[3]  However, on July 28, 2020, Plaintiff filed a response to the R&R indicating that she "will not be filing objections."[4]

The Federal Magistrates Act requires district courts to conduct a *de novo* review only of objected-to portions of a R&R.[5]  Absent objection, district courts may adopt a R&R

---

[1] Doc. 1.  Plaintiff and Defendant filed merits briefs.  Docs. 13 and 15.  Plaintiff filed a reply.  Doc. 16.
[2] Doc. 17.
[3] *Id.*
[4] Doc. 18.
[5] 28 U.S.C. § 636(b)(1).

Case No. 1:19-cv-02489
Gwin, J.

without review.[6] Because Plaintiff has stated she will not be filing objects to the R&R, this Court may adopt Magistrate Judge Burke's R&R without further review.

Accordingly, the Court **ADOPTS** Magistrate Judge Burke's R&R, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: August 10, 2020                    *s/    James S. Gwin*
                                          JAMES S. GWIN
                                          UNITED STATES DISTRICT JUDGE

---

[6] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985). Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R. *Id.* at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).